# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARY IRENE HINES

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 03-5635FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the above captioned case be reversed and remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. §405(g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **9/17/07**.

September 18, 2007          BRUCE RIFKIN
Date                        Clerk

                            s/Caroline M. Gonzalez
                            Deputy Clerk