# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MARY-IRENE HINES

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C03-5635 FDB

ORDER AWARDING 42 U.S.C. § 406(b) ATTORNEY FEES

This matter comes before the Court on Plaintiff's motion for authorization of attorney fees under 42 U.S.C. § 406(b). Counsel for Plaintiff seeks a gross attorney fee award of $9,608.60. The Commissioner has filed a response to Plaintiff's motion indicating Defendant has no objection to the fee request.

Attorney's fees may be awarded to a successful social security claimant's lawyer for his or her representation before a court pursuant 42 U.S.C. §§ 406(b); <u>Straw v. Bowen</u>, 866 F.2d 1167 (9th Cir. 1989). Plaintiff must apply to the Social Security Administration for an award of fees for representation at the administrative level. 42 U.S.C. § 406(a); <u>Stenswick v. Bowen</u>, 815 F.2d 519 (9th Cir. 1987). Previously, this Court awarded Plaintiff's counsel $6,808.47 pursuant to the Equal

ORDER - 1

Access to Justice Act (EAJA).

Under 42 U.S.C. § 406(b)(1)(A) the court can only award fees up to the 25 percent withheld from the past-due benefits. This 25 percent limit applies to the total of EAJA and 406(b) fees combined. See, Morris v. Social Sec. Admin., 689 F.2d 495, 497-98 (4th Cir. 1982); Webb v. Richardson, 472 F.2d 529, 536 (6th Cir. 1972); Dawson v. Finch, 425 F.2d 1192, 1195 (5th Cir. 1970).

Plaintiff was awarded $38,434.40.00 in past due benefits. The requested gross fee of $9,608.60 represents 25% of past due benefits. The Court concludes that the attorney's fees sought counsel are reasonable within the meaning of § 406(b). Plaintiff's counsel is entitled to a gross attorney fee of $9,608.60. Subtracting the $6,808.47 previously awarded EAJA fees, counsel is entitled to a net § 406(b) award of $2,800.13 .

ACCORDINGLY,

IT IS ORDERED:

Plaintiff's Motion for an Award of Attorney's Fees [Dkt #31] is **GRANTED**. Plaintiff's counsel is awarded gross attorney fees in the sum of **$9,608.60**. The Commissioner is directed to subtract the $6,808.47 previously awarded EAJA fees and send to Plaintiff's counsel an award of $2,800.13., minus any applicable processing fees as allowed by statute.

DATED this 7th day of November, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2