# United States District Court

### WESTERN DISTRICT OF WASHINGTON

Mary-Irene Hines

v.

Michael J. Astrue

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C03-5635FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for an Award of Attorney Fees is GRANTED.  Plaintiff's counsel is awarded gross attorney fees in the sum of $9,608.60.  The Commissioner is directed to subtract the $6,808.47 previously awarded EAJA fees and send to Plaintiff's counsel an award of **$2,800.13** minus any applicable processing fees as allowed by statute.

| November 10, 2008 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | Jennie L. Patton |
| | Deputy Clerk |